UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL K. DILLEY, as Personal Representative of the Estate of MICHAEL J. BENNETT, Deceased, | )<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| | ) CAUSE NO. 1:23-cv-00523-JPH-KMB |
| DENNIS REAGLE, Warden of Pendleton Correctional Facility; CENTURION HEALTH OF INDIANA, LLC; KEVIN ORME, Executive Director of Construction Services; JEFFREY MEECE, Southern Regional Director; CHRIS ERTEL, Pendleton Correctional Facility Deputy Warden of Operations; VINCENT STANLEY, Pendleton Correctional Facility Physical Plant Director; TOWN OF PENDLETON, INDIANA. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | )<br>) |

> The Court acknowledges the Stipulation of Partial Dismissal, dkt. 47. The Clerk is DIRECTED to dismiss only Town of Pendleton, Indiana from the docket.
> JPH, 10/31/2023
> Distribution via ECF.

## STIPULATION OF PARTIAL DISMISSAL

Come now the parties, by counsel, and hereby stipulate and agree to the dismissal of the above-captioned cause of action AGAINST DEFENDANT TOWN OF PENDLETON ONLY, without prejudice, with respect to all claims against it, each party bearing its own costs.

_____s/ E. Ryan Shouse_____
E. Ryan Shouse
LEWIS AND WILKINS, LLP
8777 Purdue Road, Suite 104
Indianapolis, IN 46268
*Attorney for Defendants, Dennis Reagle, Chris Ertel, Vincent Stanley, Kevin Orme, and Jeffrey Meece*

_____s/. Caren L. Pollack_____
Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana 46290
*Attorney for Defendant, Town of Pendleton, Indiana*